IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Christopher Anderson, | ) C/A   0:20-2083-TLW |
| Plaintiff, | ) |
| vs. | ) |
| Everest Receivable Services Inc., | ) |
| Defendant. | ) |

        The court having now been advised by counsel for the parties that this case has settled,

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice. The dismissal hereunder shall be *with prejudice* if no action is taken within sixty (60) days from the filing date of this Order.

    IT IS SO ORDERED.

June 16, 2020                                    s/Terry L. Wooten
Columbia, SC                                   Terry L. Wooten
                                                Senior United States District Judge