# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| CHRISTOPHER ANDERSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  No. 0:20-cv-02083-TLW |
| | ) |
| EVEREST RECEIVABLE SERVICES, INC., | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, CHRISTOPHER ANDERSON, ("Plaintiff"), through his attorney, Chauntel D. Bland, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, EVEREST RECEIVABLE SERVICES, INC.

DATED: August 06, 2020                    RESPECTFULLY SUBMITTED,

                                                                By: /s/ Chauntel D. Bland_____
                                                                   Chauntel D. Bland, Esquire
                                                                   463 Regency Park Drive
                                                                   Columbia, SC 29210
                                                                   Tel: (803) 319-6262
                                                                   Fax: (866) 322-6815
                                                                   chauntel.bland@yahoo.com

2

## **CERTIFICATE OF SERVICE**

I certify that on August 6, 2020, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Chauntel D. Bland
Chauntel D. Bland